James N. Keefe, for plaintiff in error; H. David Condron, State's Attorney, and William J. Dieterich, Assistant State's Attorney, for defendant in error. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.

Ray Evans, Plaintiff, Cross-Defendant-Appellee, v. Frank L. McDavid, Administrator De Bonis Non of Estate of Tony Shatas, Jr., Deceased, Defendant, Cross-Plaintiff-Appellant.

Gen. No. 9,910.    (Abstract of Decision.)

Vandever & Vandever, and Walter A. Kassly, for appellant; Omer Poos, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.